UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :        Bankruptcy No. **25-10050-DJB**
                                                    :
                                                    :        Chapter 13
**Melvin Theodore Sharpe, Jr.**                     :
                    Debtor(s)                       :

# REVISED STIPULATION AND ORDER IN RESOLUTION OF TRUSTEE'S AMENDED MOTION TO DISMISS WITH PREJUDICE WITH A BAR ORDER PURSUANT TO 11 U.S.C. SECTIONS 105 AND 1307

AND NOW, comes LeeAne O. Huggins, Esquire, on behalf of Kenneth E. West, Chapter 13 Standing Trustee, and Debtor, Melvin Theodore Sharpe, Jr., and together file this stipulation resolving the Trustee's Amended Motion to Dismiss *with Prejudice* pursuant to 11 U.S.C. §§ 105 and 1307, stating the following:

As the Debtor has provided the following documents within the agreed timelines:

1. Proof of Photo Identification and Social Security Number

2. Completed Business Questionnaire

Counsel on behalf of the Trustee's Office has agreed to extend the deadline within which the Debtor must provide the following documents:

3. Remit Trustee Payment of $1,500.00 and email the Trustee's office proof of the same by _June 20, 2025_

4. Provide Tax Returns for 2024 or Proof of Extension for 2024 Taxes and the 2023 Tax Return by _June 20, 2025_

5. If the above-mentioned items have been provided by the Debtor, attend the 341 Meeting of Creditors hearing scheduled for _June 27, 2025_.

     If documents and payments are not submitted timely to the Trustee or in the event the Debtor fails to attend the 341 Meeting of Creditors, the Trustee's motion shall be GRANTED and it shall be further

     **ORDERED,** that in light of the debtor(s) four (4) bankruptcy filings within five (5) years, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case within a period of six (6) months without court approval. And it is further

     **ORDERED,** that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor(s) from further filings in accordance with its terms.

_____
Melvin Theodore Sharpe, Jr.
Pro Se Debtor

_____
LeeAne O. Huggins, Esquire
Attorney on behalf of Trustee

     AND NOW, this __22__ day of __May__, 2025, upon consideration of the Stipulation in Resolution of the Trustee's Amended Motion to Dismiss with Prejudice with a Bar Order pursuant to 11 USC sections 105 and 1307, the court Order is hereby **APPROVED**.

BY THE COURT

_____
HON. DEREK J. BAKER
BANKRUPTCY JUDGE

**Pro Se Debtor**
Melvin Theodore Sharpe, Jr.
5924 North 13th Street
Philadelphia, PA 19141


KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N Independence Mall West – Suite 701
Philadelphia, PA 19106

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107